UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Omar H. Morales | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Case No. RWT-11-cv-02226 |
| | ) | |
| v. | ) | |
| | ) | |
| Mexican Grill, LLC, and | ) | |
| Nicolasa Delgado | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**LINE ENTERING APPEARANCE**

Dear Madame Clerk:

Please enter the appearance of Kevin M. Tabe, as counsel for the Defendants, Mexican Grill, LLC and Nicolasa Delgado, in the above-captioned matter.

                                        Sincerely,

                                        _____/s/_____
                                        Kevin M. Tabe, Esq.
                                        Bar #: 17958
                                        7207 Hanover Parkway, Ste. C/D
                                        Greenbelt, MD 20770
                                        (240) 965-4960

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Line was mailed via USPS First Class Mail on January 9, 2012 to: Gregg Greenberg, Esq., at: 8403 Colesville Road, Ste. 610, Silver Spring, MD 20910.

_____
Kevin M. Tabe, Esq.